IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
TEXARKANA DIVISION

JEAN PAUL THIEL                                                                                    PLAINTIFF

VS.                                           Civil No. 07-CV-4004

WARDEN GRIFFEN, NURSE
PENNY NICHOLS; NURSE
BRENDA PHILLIPS; and
DR. JERRY STRINGFELLOW                                                              DEFENDANTS

## ORDER

Now on this 28th day of August, 2007, comes on for consideration the proposed findings and recommendations filed herein on July 24, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that the plaintiff has filed to monitor his case or to keep the court informed of his address. As noted in the Report and Recommendation (Doc. 22), all mail sent to the plaintiff since April has been returned to the court as undeliverable. Therefore, the plaintiff's case should be and is hereby dismissed based on his failure to prosecute the case and his failure to obey the rules of the court requiring him to keep the court informed of his current address.

IT IS SO ORDERED.

/s/ Harry F. Barnes
**HARRY F. BARNES**
**U.S. DISTRICT JUDGE**